IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Teresa M. Snipes,<br><br>                Plaintiff,<br><br>       vs.<br><br>Carolyn W. Colvin, Acting Commissioner,<br>of Social Security,<br><br>                Defendant. | Civil No. 4:13-cv-2613 DCN TER<br><br><br>**ORDER TO REMAND** |

      Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, by her attorney, the Assistant United States Attorney for the District of South Carolina, has moved this court, pursuant to sentence four of 42 U.S.C. § 405(g) for an order remanding this case to the Commissioner for further administrative proceedings. Plaintiff consents to this motion.

      Pursuant to the power of this court to enter an order remanding this case under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further administrative proceedings, this court hereby

      **REVERSES** the decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) and **REMANDS** the case to the Commissioner for an ALJ to further develop the record by obtaining State agency non-examiners consultant opinions regarding the claimant's alleged physical and mental impairments from her alleged onset date of June 7, 2000 through March 31, 2012, her date last insured and provide residual functional capacity based on the entire record. In addition, the ALJ shall re-evaluate plaintiff's mental impairments in accordance with the

special technique, further consider plaintiff's residual functional capacity, reassess her credibility, and obtain supplemental vocational expert testimony. Finally, the ALJ shall offer plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

May 7, 2014
Charleston, South Carolina