# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| TERESA M. SNIPES, ) | Civil Action No. 4:13-cv-2613 DCN |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, ) | |
| Defendant. ) | |

The above referenced Social Security case is before this court upon plaintiff's motion for attorney's fees. Plaintiff filed this petition on May 29, 2014. Defendant filed a response on June 12, 2014, stating that the parties have agreed to a reduced award of $6,545.00 in attorney's fees under the Equal Access to Justice Act ("EAJA").

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $6,545.00 in attorney's fees under EAJA.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

June 12, 2014
Charleston, South Carolina